# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

IN RE:                                          CHAPTER 13
                                                 CASE NO. 17-40074

**TERESA JO ABBOTT**
**JERRY WAYNE ABBOTT**
        **Debtors**

---

## ORDER

---

       This matter having come before the Court on the amended motion of the Debtors to incur post-confirmation credit and the Court being sufficiently advised,

       IT IS HEREBY ORDERED that the Debtors are authorized to incur credit in the amount not to exceed $22,076.16 to purchase a 2012 Jeep Wrangler U.

*[signature]*

Thomas H. Fulton
United States Bankruptcy Judge

Dated: November 21, 2019

PREPARED BY:

/s/   Russ Wilkey
Russ Wilkey
WILKEY & WILSON, P.S.C.
111 West Second Street
Owensboro, KY 42303
(270) 685-6000